[No. 37342-1-I.   Division One.   January 21, 1997.]

DOUGLAS G. BAER, *Petitioner*, v. THE CITY OF
AUBURN, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01541-3, JoAnne Alumbaugh, J., entered
September 8, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 37418-4-I.   Division One.   January 21, 1997.]

GARY SPESOCK, ET AL., *Respondents*, v. EUGENE
OGDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-06053-4, James H. Allendoerfer,
J., entered September 25, 1995. *Affirmed* by unpublished
per curiam opinion.

[No. 37504-1-I.   Division One.   January 21, 1997.]

*In the Matter of the Sentence of* JASON KENNETH
CHRISTENSEN.

Petition for review of sentence. *Dismissed* by unpub-
lished per curiam opinion.

[No. 37663-2-I.   Division One.   January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY J.
SILENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01481-1, Mary Wicks Brucker, J., entered
October 30, 1995. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Becker and Ellington, JJ.